■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MICKLE, Appellant. — Judgment, Supreme Court, New York County (Edwards, J.), rendered December 14, 1979, which convicted defendant, following a jury trial, of one count of criminal possession of a weapon in the third degree, and sentenced him, as a predicate felon, to an indeterminate term of imprisonment of not less than three and one-half years nor more than seven years, unanimously reversed, on the law and on the facts, and a new trial is directed. During jury selection, the trial court granted defendant's motion to relieve his assigned counsel and to permit defendant to proceed *pro se.* Thereafter, the trial court denied defendant's motion to appoint new counsel to advise him, while he acted *pro se.* We find the trial court erred in permitting the defendant to proceed *pro se,* without first conducting "a sufficiently 'searching inquiry' of the defendant to be reasonably certain that the 'dangers and disadvantages' of giving up the fundamental right to counsel [had] been impressed on the defendant" *(People v Sawyer,* 57 NY2d 12, 21). Commendably, the People concede the error. Concur — Murphy, P. J., Ross, Silverman, Bloom and Kassal, JJ.